## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JOSEPH JIMENEZ,**

      **Plaintiff,**

**v.**                  **Case No.: 4:21cv105-MW/MAF**

**MERRICK GARLAND,**
**UNITED STATES ATTORNEY GENERAL,**

      **Defendant.**

---

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY AND
## MOTION FOR LEAVE TO SUPPLEMENT
## <u>SUMMARY JUDGMENT PLEADINGS</u>

COMES NOW, the undersigned Assistant United States Attorney, and notifies this Court pursuant to Northern District of Florida Local Rule 7.1(J) of recent Eleventh Circuit supplemental authority relating to ECF No. 24 – Motion for Summary Judgment.  Case style is attached as Exhibit A.

Additionally, counsel requests leave to supplement the summary judgment pleadings to allow the parties to brief defendant's motion for summary judgment on the retaliation claim in light of this new authority.  Specifically, defendant requests fifteen (15) days from the date leave is given to file a supplement to its motion for summary judgment (limited to the retaliation claim), fifteen (15) days for plaintiff to file an opposition to the supplement to the defendant's motion for

1

summary judgment (limited to the retaliation claim) and ten (10) days for defendant to file a reply to any opposition to defendant's motion for summary judgment (limited to the retaliation claim).

WHEREFORE, premises considered, defendant requests leave to reopen the summary judgment pleadings to allow defendant fifteen (15) days from entry of an Order granting leave to file a supplement to its pending motion for summary judgment addressing retaliation in light of the new precedent; fifteen (15) days for plaintiff to file an opposition to defendant's supplemental motion for summary judgment on retaliation; and ten (10) days for defendant to file a reply to plaintiff's opposition to defendant's supplemental motion for summary judgment on retaliation.

Respectfully submitted,

JASON R. COODY
United States Attorney


*/s/ Kathryn W. Drey*
KATHRYN W. DREY
MARY ANN COUCH
Assistant United States Attorney
Florida Bar No. 0098917
21 East Garden St., Suite 400
Pensacola, FL 32502
(850) 444-4000

kathryn.drey@usdoj.gov

mary.ann.couch@usdoj.gov

## LOCAL RULE 7.1(B) CERTIFICATION

Counsel for Defendant has conferred with Counsel for Plaintiff who consents to the entry of the notice.

## LOCAL RULE 7.1(F) CERTIFICATE

I HEREBY CERTIFY that this memorandum contains 314 words per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed on this 22nd day of August, 2022, electronically with the Clerk of Court using the CM/ECF filing system, which will provide notice of this filing to counsel for Plaintiff.

*/s/ Kathryn W. Drey*
KATHRYN W. DREY