# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOSEPH JIMENEZ,**

   *Plaintiff*,

v.                                          Case No.: 4:21cv105-MW/MAF

**MERRICK GARLAND,
UNITED STATES
ATTORNEY GENERAL,**

   *Defendant.*

_____/

## ORDER GRANTING MOTION TO REOPEN SUMMARY JUDGMENT BRIEFING

Defendant moves for leave to supplement its summary judgment filings in light of the Eleventh Circuit's decision in *Lewis v. Sec'y of U.S. Air Force*, 20-12463, 2022 WL 2377164 (11th Cir. June 30, 2022). ECF No. 32. That motion is **GRANTED**. Defendant may file a supplement **on or before September 7, 2022**, Plaintiff may file a response **on or before September 22, 2022**, and Defendant may file a reply **on or before October 3, 2022**.

    SO ORDERED on August 23, 2022.

                                                          s/Mark E. Walker            
                                                   **Chief United States District Judge**